**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTWONE VALENTINE,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cr-109<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Peter B. Silvain, Jr. |

# AMENDED ORDER RELEASING DEFENDANT

At the hearing of this matter conducted on November 20, 2026, the Court ordered that Defendant be released from the custody of the United States. Accordingly, and for the reasons set forth on the record at that hearing, the Court hereby **ORDERS** that the United States Marshal release Defendant on November 23, 2026 to Pretrial Services, subject to any conditions imposed by the Court.

**IT IS SO ORDERED.**

November 20, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge